**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TANYA FERDINAND, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 6:10-CV-00144-WSS |
| vs. § | |
| § | |
| HUNTER WARFIELD, INC., § | |
| Defendant § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** the parties to the above captioned action, through their respective attorneys, herby files this Joint Motion to Dismiss the complaint against Defendant Hunter Warfield, Inc. without fees or costs to either party.

### I.

This case has been settled amicably by the parties.

### II.

A Notice of Settlement has been filed with the court.

### III.

For these reasons, the parties ask the court to dismiss this suit with prejudice.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
**Attorney for Plaintiff**
Texas State Bar # 24068183
WEISBERG & MEYERS, L.L.C.
5927 Almeda Road #20818
Houston  TX  77004

By: /s/Keith Wier
Keith Wier
**Attorney for Defendant**
Bush & Ramirez, LLC
24 Greenway Plaza, #1700
Houston Texas 77046

### CERTIFICATE  OF SERVICE

     I certify that on November 24, 2010, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, Waco Division, using the electronic case filing system of the court. Notification was sent electronically via the court's electronic case filing system to counsel of record for Defendant, Hunter Warfield, Inc. this 24th day of November, 2010 as follows: kwier@bushramirez.com.

 /s/  Dennis R. Kurz
Dennis R. Kurz