FILED

DEC 0 1 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
WACO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| TANYA FERDINAND,<br>Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. W-10-CV-00144 |
| HUNTER WARFIELD, INC.,<br>Defendant. | § <br> § <br> § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice. The Court

finds that the parties have amicably settled their dispute in its entirety and now wish

to dismiss this civil action with prejudice. Accordingly, it is

**ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. All

claims that have been asserted by the respective parties in this action are hereby

dismissed with prejudice to the refiling of those claims. All taxable costs and

expenses incurred in this civil action shall be borne by the parting incurring same.

SIGNED this _1_ day of November, 2010.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE